IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE L. PACK<br>　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br>　　　Defendant. | )<br>)<br>)<br>) Civil Action No. 07-522<br>)<br>)<br>)<br>)<br>) |

O R D E R

Therefore, this 15th day of August, 2007, IT IS HEREBY ORDERED that plaintiff's Motion to Strike [document #8] is DENIED. The Court, of course, will only consider the claims that are properly before the Court.

BY THE COURT:

_____, J.

cc:　All Counsel of Record