IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE L. PACK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 07-0522 |
| MICHAEL J. ASTRUE, Social Security | ) ) ) JUDGE LANCASTER |
| Defendant. | ) ) |

## ORDER

AND NOW, this the 9th day of July, 2008, upon consideration of Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA") and Defendant's response thereto, it is hereby ORDERED and DECREED that Plaintiff's motion is GRANTED.

Plaintiff shall be awarded attorney fees under the EAJA in the amount of Two Thousand Nine Hundred Sixty-Three Dollars and Twenty Cents ($2,963.20) as authorized by 28 U.S.C. § 2412(d). Defendant shall make the EAJA award directly payable to Robert W. Gillikin, II, as Plaintiff's assignee. Payment of the aforementioned EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.

_____
UNITED STATES DISTRICT JUDGE